IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARCO SHAUNTA RAINE,  :

    Petitioner,  :

                                CIVIL ACTION 12-0100-WS-M

v.  :

                                CRIMINAL ACTION 07-00405-WS-M

UNITED STATES OF AMERICA,  :

    Respondent.  :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent, the United States of America, and against Petitioner Marco Shaunta Raine.

DONE this 19th day of November, 2012.

                                                  s/WILLIAM H. STEELE
                                                  CHIEF UNITED STATES DISTRICT JUDGE